IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARMEN M. AWAD, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NANCY A. BERRYHILL, | : | No. 17-915 |
| Acting Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant. | : | |

## ORDER

AND NOW, on December 8, 3017, upon consideration of Plaintiff's request for review, and Defendant's response, IT IS ORDERED that:

1. Plaintiff's request for review is DENIED; and

2. Judgment is entered in favor of the Defendant.

BY THE COURT:

*/s/ Timothy R. Rice*
TIMOTHY RICE, M.J.
UNITED STATES DISTRICT COURT

The Plaintiff's request for review is DENIED; and

3. Judgment is entered in favor of the Defendant.